CROWE, Respondent, v. BRUNNER BAKING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Henry Crowe against the Brunner Baking Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., not sitting.

CULLEN, Respondent, v. BATTLE ISLAND PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by Richard J. Cullen against the Battle Island Paper Company. No opinion. Judgment and order affirmed, with costs. See, also, 124 App. Div. 113, 108 N. Y. Supp. 921, and 128 App. Div. 369, 112 N. Y. Supp. 934.

CUMMINGS, Respondent, v. NEW YORK & L. I. TRACTION CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Richard J. Cummings against the New York & Long Island Traction Company. B. H. Ames, for appellant. L. Steckler, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $8,000, in which event, judgment, as modified, and order, affirmed, without costs. Settle order on notice.

CUMMINS, Appellant, v. LENAHAN, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Mary Cummins against Bernard J. Lenahan, impleaded. B. W. Davis, for appellant. H. Woog, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re CUNNION'S WILL. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) In the matter of the probate of the last will and testament of John Cunnion, deceased.

PER CURIAM. Motion denied, without costs, upon the ground that under section 1303 of the Code of Civil Procedure application for relief should be made to the Court of Appeals. Nelson v. Tenney, 113 N. Y. 616, 20 N. E. 875; Matter of Sheldon, 117 App. Div. 357, 103 N. Y. Supp. 177. See, also, 135 App. Div. 864, 120 N. Y. Supp. 266.

CURRIE et al. v. SPRAGUE. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Frederick Currie, and others against Frank J. Sprague. No opinion. Motion granted. Questions certified as stated in order. Order filed. See, also, 122 N. Y. Supp. 1042.

DANZILO, Respondent, v. LENTINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by John L. Danzilo against Giovanni Lentino and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

DAVERN, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Jerry Davern against Edward Ryan. No opinion. Judgment unanimously affirmed, with costs.

DAVIDSON, Respondent, v. CITY OF DUNKIRK, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Velma Davidson, an infant, etc., against the City of Dunkirk.

PER CURIAM. Motion to dismiss appeal denied, without costs. Judgment and order affirmed, with costs.

WILLIAMS, J., not sitting.

DAVIDSON, Appellant, v. STOCKY et al., Respondents. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by John R. Davidson against Peter V. Stocky and others. H. B. Wesselman, for appellant. A. Benedict, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN and CLARKE, JJ., dissent.

DEAN, Respondent, v. UNITED STATES BANKING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Robert L. Dean against the United States Banking Company. J. A. Garver, for appellant. F. Seymour, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DE GOODE, Appellant, v. BURTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by William A. De Goode against John J. Burton. No opinion. Judgment and order affirmed by default, with costs.

DE JONG v. DE JONG. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Alfred De Jong against Sarah De Jong. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DEL GAUDIO v. DEL GAUDIO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Ella O. Del Gaudio against Albert S. Del Gaudio. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DE LUCCA et al., Respondents, v. SCHEER-GINSBERG REALTY & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Felix N. De Lucca and others against the Scheer-Ginsberg Realty and Construction Company. M. H. Hayman, for appellant. G. M. Hulbert, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, infra.

DE LUCCA et al., Respondents, v. SCHEER-GINSBERG REALTY & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Ac-